**Prince Adesegun FADAYIRO, Petitioner–Appellant,**

v.

**Willie SCOTT, Warden; John Ashcroft, Attorney General, United States Department of Justice, Respondents–Appellees.**

**No. 02–7833.**

United States Court of Appeals, Fourth Circuit.

Submitted March 20, 2003.

Decided March 25, 2003.

Prince Adesegun Fadayiro, Appellant Pro Se.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Prince Adesegun Fadayiro, a federal prisoner, appeals the district court's orders denying relief on his petition filed under 28 U.S.C. § 2241 (2000) and motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Fadayiro v. Scott,* No. CA–02–651–5–HC–BO (E.D.N.C. Sept. 13, 2002; filed Oct. 8, 2002 & entered Oct. 10, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*